MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**JASON JOHNSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON JOHNSON,<br><br>　　　　Defendant. | Citation No.: 6:18-PO-00464-JDP-1<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Jeremy D. Peterson<br>Date: August 21, 2019<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, JASON JOHNSON ("Mr. Johnson"), by and through his attorney of record, Michael Mitchell, that the Status Conference in the above-captioned matters set for August 21, 2019 at 10:00 a.m., be vacated, and the matter be set for Status Conference on November 19, 2019 at 10:00 a.m. This request is made due to the fact that counsel for Defendant, Michael E. Mitchell, and Acting Legal Officer for the National Park Service are still in the process of resolving the case and it will not resolve by August 21, 2019.

///

///

///

Mr. Johnson by and through his attorney of record also stipulates and agrees to waive and exclude time generally for his speedy trial.

DATED: August 14, 2019  /s/ Michael E. Mitchell
Michael E. Mitchell Attorney for Defendant
JASON JOHNSON

DATED: August 14, 2019  /s/ Susan St. Vincent
Susan St. Vincent, Acting Legal Officer
National Park Service

ORDER

It is hereby ordered that the settlement conference for defendant Jason Johnson, now set for August 21, 2019 at 10:00 a.m., be continued to November 19, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 19, 2019              /s/ Jeremy Peterson
                                               UNITED STATES MAGISTRATE JUDGE