MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**JASON JOHNSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>JASON JOHNSON, )<br><br>Defendant. )<br>_____ ) | Case No..: 6:18-PO-00464-JDP<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE [PROPOSED] ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Jeremy D. Peterson<br>Date: April 8, 2020<br>Time: 10:00 a.m. |

TO THE ABOVE-ENTITLED COURT:

    Pursuant to F.R. Crim. P. 43(b)(2) and (3), the Defendant JASON JOHNSON ("Mr. Johnson") having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any Motion or other proceeding in this cause.   Examples of hearings concerning which the Defendant waives the right to be present include initial appearance, when the case is set for Trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a Motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest is represented at all times by the presence of her Attorney the same as if the Defendant were personally present in Court, and further agrees that notice to Defendant's Attorney that Defendant's presence in Court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

DATED: Apr 3, 2020

_Jason Johnson (Apr 3, 2020)_

Jason Johnson, Defendant

DATED: Apr 3, 2020

_Michael Mitchell (Apr 3, 2020)_

Michael E. Mitchell
Attorney for Mr. Jason Johnson

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

DATED: 4/6/20

Magistrate Judge
Eastern District of California